■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v

MAURICE INGRAM, Also Known as SINIC INGRAM, Appellant.—
Judgment, Supreme Court, New York County (Harold Baer,
Jr., J.), rendered September 21, 1989, convicting defendant,
after a jury trial, of robbery in the first degree, and sentencing
him, as a predicate violent felon, to an indeterminate term of
imprisonment of 8 to 16 years, unanimously affirmed.

Defendant robbed a subway token clerk at gunpoint. Three
months later, the clerk identified defendant at a line-up. At
trial, the clerk testified that he identified defendant as the
person in position number 4 at the line-up. The detective who
conducted the line-up testified that defendant was seated in
position number 4.

Defendant's claim that the detective's testimony inferen-
tially bolstered the clerk's identification is unpreserved and
we decline to reach it. Were we to consider it in the interest of
justice, we would find that it has no merit. (People v Tunstall,
63 NY2d 1.)

Defendant was properly sentenced as a predicate violent
felon. (People v Moore, 71 NY2d 1002.) Considering all of the
circumstances surrounding the plea, it is clear that defendant
understood the nature of the charges against him when he
pleaded guilty in 1982 to attempted robbery in the second
degree.

We have also considered the arguments raised in defen-
dant's pro se brief, and find them either lacking in merit or
unpreserved for our review. Concur—Sullivan, J. P., Milonas,
Wallach and Kassal, JJ.